IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**KIMBERLY RICHARDSON,**    **PLAINTIFF**
As Special Admx. of the Estate
of Ruby Wyssbrod, deceased

v.     CASE NO. 2:21-CV-00171-BSM

**MERIDIAN SECURITY INSURANCE COMPANY**    **DEFENDANT**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 10th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE